# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—
### GENERAL

| Case No. | 5:26-cv-02912-JWH-PD | Date | May 29, 2026 |
|---|---|---|---|
| Title | *Rossi Damary Canales Espinoza v. Warden, Adelanto ICE Processing Center, et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER DENYING PETITIONER'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER [ECF No. 2]**

Before the Court is the Motion of Petitioner Rossi Damary Canales Espinoza for a Temporary Restraining Order (a "TRO") to enjoin Respondents from removing her from the U.S. District for the Central District of California or the United States while her concurrently filed petition for writ of habeas corpus is pending.[1]  The Court concludes that this matter is appropriate for resolution without a hearing.  *See* Fed. R. Civ. P. 78; L.R. 7-15.  After considering the papers filed in support and in response,[2] the Court **DENIES** Espinoza's Application, for the reasons set forth below.

In view of the high volume of petitions for writs of habeas corpus filed by those in immigration detention, and to facilitate their expedited resolution, the

---

[1]    Pl.-Pet.'s Mot. for TRO (the "Application") [ECF No. 2].

[2]    The Court considered the documents of record in this action, including the following papers:  (1) Application; and (2) Pl.-Pet.'s Pet. (the "Petition") [ECF No. 1].

**CIVIL MINUTES— GENERAL**     Initials of Deputy Clerk cla

Court has issued General Order No. 26-05.[3]  Pursuant to that General Order, the Court set a briefing schedule for Espinoza's Petition:  Respondents' answer is due by June 4, 2026, and Espinoza's reply, if any, is due no later than June 7, 2026, if Espinoza is represented, or June 18, 2026, if Espinoza is unrepresented.[4]  Furthermore, General Order No. 26-05 requires the Government to provide Espinoza at least "two court days' notice" if it intends to remove Espinoza from the Central District of California.[5]  In view of the expedited briefing schedule for the underlying Petition and notice requirement prior to removal from this district, the Court is not convinced that emergency relief is necessary.  Any delay that may result from awarding Espinoza relief based upon the Petition alone would be minimal.  Thus, the Court concludes that Espinoza is not entitled to preliminary relief at this time.  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (the petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief.").  Accordingly, Espinoza's Application is **DENIED**.

For those reasons, the Court hereby **ORDERS** as follows:

1.    Espinoza's instant Application [ECF No. 2] is **DENIED**.

2.    Pursuant to General Order Nos. 05-07 and 26-05, proceedings on the merits of Espinoza's underlying Petition will **CONTINUE** before the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

---

[3]    Not. of General Order 26-05 and Briefing Schedule [ECF No. 4].

[4]    *Id. at* ¶¶ 2–4.

[5]    *Id.* at 4:23–26.

**CIVIL MINUTES—GENERAL**    Initials of Deputy Clerk <u>cla</u>